IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

BRYANT DU'SHAWN FARMER *et al.*                           PLAINTIFFS

V.                          NO: 4:07CV00007 GH

BOBBY BROWN *et al.*                                       DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 22nd day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE